## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 1:13cr00031-007 |
| | ) | |
| Plaintiff, | ) | JUDGE: JAMES S. GWIN |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| GORDON EGAN, | ) | |
| | ) | |
| Defendant. | ) | |

This matter was heard on August 3, 2015, upon the request of the United States Pretrial and Probation Office for a finding that defendant violated the conditions of supervised release. The defendant was present and represented by Attorney Jaime Serrat.  The violation report was referred to Magistrate Judge Greg White [Doc. 313] who issued a Report and Recommendation on July 21, 2015 [Doc. 346].  No objections to the Report and Recommendation having been filed the Court found that the following terms of supervision had been violated:

       1) new law violation.

Therefore, the defendant is committed to the Bureau of Prisons for a period of 12 months and 1 day.  Defendant is granted credit for time served in state custody under the detainer lodged in this case.  Upon release from incarceration defendant shall serve a 2 year term of supervised release under the conditions earlier imposed.  Additionally defendant shall comply with any psychological counseling or treatment directed by the supervising officer.

The defendant is remanded to the custody of the U.S. Marshal, Cleveland, Ohio.

**IT IS SO ORDERED.**


Dated: August 4, 2015                  *s/   James S. Gwin*
                                                                   JAMES S. GWIN
                                                                   UNITED STATES DISTRICT JUDGE